DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

18 AUGUST 2016

| | | | |
|---|---|---|---|
| 013P11-3 | State v. Tracy Lamont Clark | 1. Def's *Pro Se* Petition for *Writ of Habeas Corpus* | 1. Denied **07/14/2016** |
| | | 2. Def's *Pro Se* Motion for Petition to a Constitutional Challenge | 2. Dismissed |
| 039P14-3 | Robert S. Chamberlain v. D.W. Bray | 1. Petitioner's *Pro Se* Motion for Petition/Grievance/Complaint | 1. Dismissed |
| | | 2. Petitioner's *Pro Se* Motion for Notice of Appeal | 2. Dismissed **Ervin, J., recused** |
| 039P16 | State v. John David Watson | 1. Def's Motion for Temporary Stay | 1. Allowed **02/09/2016** Dissolved **08/18/2016** |
| | | 2. Def's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. Def's PDR Under N.C.G.S. § 7A-31 (COA15-715) | 3. Denied |
| 042P04-8 | State v. Larry McLeod Pulley | Def's *Pro Se* Motion for PDR (COA15-91) | Dismissed |
| 045P16 | Montessori Children's House of Durham v. Philip Blizzard and Patricia Blizzard | Defs' PDR Under N.C.G.S. § 7A-31 (COA15-406) | Denied |
| 046P16 | In the Matter of Todd W. Short | 1. Petitioner's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COAP16-40) | 1. Denied **07/13/2016** |
| | | 2. Petitioner's *Pro Se* Motion for ADA Accommodations | 2. Dismissed as moot **07/13/2016** |
| | | 3. Petitioner's *Pro Se* PDR Prior to a Decision of COA (COA16-580) | 3. Denied **07/13/2016** |
| | | 4. Petitioner's *Pro Se* Motion for Expedited Consideration of Petition for *Writ of Certiorari* (COAP16-40) | 4. Dismissed as moot **07/13/2016** |
| | | 5. Petitioner's *Pro Se* Motion for Expedited Consideration of PDR (COA16-580) | 5. Dismissed as moot **07/13/2016** |
| | | 6. Petitioner's *Pro Se* Motion for Stay of Order Entered by COA (COA16-580) | 6. Denied **07/05/2016** |
| | | 7. Petitioner's *Pro Se* Motion for Leave to Amendment Certificate of Service on Petitioner's Motion for Expedited Consideration of Petitioner's *Writ of Certiorari, inter alia* Filed on 30 June 2016 | 7. Allowed **07/05/2016** |
| | | 8. Petitioner's *Pro Se* Motion to Strike | 8. Denied **07/13/2016** |

| | | 9. Petitioner's *Pro Se* Renewed Motion to Expedite Petitioner's *Writ of Certiorari* from Order of COA | 9. Dismissed as moot **07/13/2016** |
|---|---|---|---|
| 047P02-17 | State v. George W. Baldwin | Def's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied **06/28/2016** **Ervin, J., recused** |
| 048P15-2 | State v. Ronald Dewayne Deese, III | 1. Def's *Pro Se* Motion for Notice of Appeal (COAP16-378)  2. Def's *Pro Se* Motion for PDR  3. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA | 1. Dismissed *ex mero motu*  2. Dismissed  3. Dismissed |
| 063P15-2 | State v. Isidro Garcia Hernandez | 1. Def's *Pro Se* Motion for PDR  2. Def's *Pro Se* Motion for Subpoena *Duces Tecum* | 1. Dismissed  2. Dismissed  **Ervin, J., recused** |
| 064A16-2 | In re Price | Def's *Pro Se* Motion to Reconsider | Dismissed |
| 066A16 | State v. Shamele Collins | Def's Motion for Leave to File Reply Brief Out of Time | Denied **07/01/2016** |
| 066A16 | State v. Shamele Collins | Def's Attorney's Motion to Withdraw as Counsel | Allowed **07/12/2016** |
| 068P16 | State v. Corey Demond Phillips | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA15-730) | Denied |
| 078P16 | State v. Terry Cherrelle Gray, Jr. and Charles Hezekiah Gilchrist, Jr. | 1. Def's (Charles Hezekiah Gilchrist, Jr.) PDR Under N.C.G.S. § 7A-31 (COA15-500)  2. Def's (Terry Cherrelle Gray, Jr.) PDR Under N.C.G.S. § 7A-31 | 1. Denied  2. Denied |
| 079P16 | State v. Marko Stasiv | Def's PDR Under N.C.G.S. § 7A-31 (COA15-806) | Denied |
| 080A14 | State v. David Martin Beasley Young | | Special Order **08/18/2016** |
| 081A14 | State v. Dominique Jevon Perry | | Special Order **08/18/2016** |
| 082A14 | State v. Sethy Tony Seam | | Special Order **08/18/2016** **Ervin, J., recused** |